## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

Claudia Fercello,                                  Civ. No. _____

           Plaintiff,

v.                                                 **COMPLAINT AND**
                                              **JURY DEMAND**

County of Ramsey.

           Defendant.

---

Plaintiff Claudia Fercello, for her complaint, hereby states and alleges as follows:

### THE PARTIES

1. Plaintiff is an individual residing at 1005 East Como Boulevard, St. Paul, Minnesota, 55103.

2. Defendant County of Ramsey is a public corporation operating in St. Paul, Minnesota.

### JURISDICTION

3. This court has original jurisdiction over Plaintiff's claims arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et seq. Jurisdiction over this claim is appropriate under 28 U.S.C. §1331.

4. Plaintiff's remaining claims are so related to those over which this court has original jurisdiction that they form part of the same case and controversy. Supplemental jurisdiction is, therefore, appropriate under 28 U.S.C. §1367.

## THE FACTS

5. Defendant is an employer under the Minnesota Human Rights Act and Title VII of the Civil Rights Act of 1964, as amended in 1991.

6. Plaintiff was hired by Defendant's Department of Corrections in March, 2005.

7. Prior to her hire, and continuing into her employment Plaintiff was subjected to unwelcome and offensive sexual conduct by her direct supervisor.

8. Upon information and belief, prior to Plaintiff's employment, Plaintiff's supervisor made similar sexual advances to at least two other employees of Defendant.

9. Plaintiff reported this conduct to the Director of her Department.

10. Defendant hired an investigator to investigate Plaintiff's report of sexual harassment.

11. The investigator hired by Defendant determined that Plaintiff had been sexually harassed.

12. Defendant permitted the harasser to remain in the workplace, even though Plaintiff indicated that she was intimidated by his presence.

13. Immediately upon her report of sexual harassment, the Department Director criticized Plaintiff for "ruining" the harasser's career and made other remarks critical of Plaintiff's handling of the situation.

14. Beginning immediately after Plaintiff's report of harassment, and continuing to the present time, Defendant has engaged in a course of retaliatory conduct, including but not limited to the following: moving Plaintiff to a less desirable office, refusing to assign Plaintiff a previously promised parking spot,

removing Plaintiff from the management team, interfering with volunteer work that Plaintiff performed on her own time, falsely criticizing Plaintiff's performance, threatening to terminate Plaintiff's employment, changing Plaintiff's job description to eliminate managerial functions and add administrative functions, and increasing Plaintiff's workload to the point that work stress caused Plaintiff to suffer severe physical symptoms of stress causing her to miss work and utilize her vacation and sick leave time to accommodate her illness.

### COUNT ONE
### (Minnesota Human Rights Act)
### (Reprisal)

15. Plaintiff realleges the allegations contained in paragraphs 1 through 14 above and includes them in this count as though fully restated herein.

16. Defendant County of Ramsey has violated the Minnesota Human Rights Act, Minn. Stat. §363A.15, by engaging in reprisal against Plaintiff for opposing a practice forbidden by the Act.

17. As a result of this reprisal, Plaintiff suffered emotional anguish, loss of pay and loss of benefits.

18. As a result of this reprisal, Plaintiff has incurred and will continue to incur, attorneys fees and costs.

### COUNT TWO
### (Title VII)
### (Reprisal)

19. Plaintiff realleges the allegations contained in paragraphs 1 through 18 above and includes them in this count as though fully restated herein.

3

20. Plaintiff has complied with the procedural requirements of Title VII, through filing charges of discrimination with the Equal Employment Opportunity Commission (EEOC) and Minnesota Department of Human Rights, by obtaining the right to sue from the EEOC, and by commencing this action within the applicable time period.

21. Defendant County of Ramsey has violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e-1 et seq., by engaging in reprisal against Plaintiff for opposing a practice forbidden by the Act.

22. As a result of this reprisal, Plaintiff suffered and will continue to suffer loss of pay and emotional anguish.

23. As a result of this reprisal, Plaintiff has incurred and will continue to incur, attorneys fees and costs.

## JURY DEMAND

Plaintiff demands a jury trial on all claims.

## PRAYER FOR RELIEF

Plaintiff prays the Court to award the following relief:

1. Damages for loss of pay and benefits, in an amount to be proved at trial;

2. Damages for emotional anguish, in an amount to be proved at trial;

3. Treble damages pursuant to Minn. Stat. §§ 363A.29 and 363A.33;

4. A civil penalty to the State of Minnesota pursuant to Minn. Stat. §§ 363A.29 and 363A.33;

5. Punitive damages;

6. Attorneys fees and costs; and

7. Such other relief as the court deems just.


Dated:  December 7, 2006            <u>s/Leslie L. Lienemann</u>
                                    Leslie L. Lienemann (230194)
                                    **CULBERTH & LIENEMANN, LLP**
                                    1050 UBS Plaza
                                    444 Cedar Street
                                    St. Paul, MN 55101
                                    (651) 290-9300--Telephone
                                    (651) 290-9305--Facsimile

                                    **ATTORNEYS FOR PLAINTIFF**